# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  LAURIE A. KUMP                                                   Case Number: 08-70243
608 S. COLLEGE AVENUE                   SSN-xxx-xx-4470
DIXON, IL  61021

                                                                  Case filed on:      1/30/2008
                                                                  Plan Confirmed on:  6/27/2008
                                   D Dismissed

Total funds received and disbursed pursuant to the plan: $1,200.00       Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY MARK E ZALESKI | 3,500.00 | 3,500.00 | 923.08 | 0.00 |
|     | Total Legal | 3,500.00 | 3,500.00 | 923.08 | 0.00 |
| 003 | AMERICAN GENERAL FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | AMERICAN GENERAL FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | COMED | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | COMMONWEALTH EDISON | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | NCO FINANCIAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | TORRES CREDIT SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | EAGLE RECOVERY ASSOCIATES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | RRCA ACCOUNT MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | RECEIVABLES PERFORMANCE MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | ALLIANCES COUNSELING SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | RECOVERY MANAGMENT SYSTEMS CORP. | 0.00 | 0.00 | 0.00 | 0.00 |
|     | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | LAURIE A. KUMP | 0.00 | 0.00 | 0.00 | 0.00 |
|     | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | STERLING FEDERAL BANK | 1,058.37 | 193.93 | 193.93 | 0.00 |
|     | Total Secured | 1,058.37 | 193.93 | 193.93 | 0.00 |
| 002 | AMERICAN GENERAL FINANCE | 2,100.00 | 2,100.00 | 0.00 | 0.00 |
| 004 | AMERICAN GENERAL | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| 006 | AVON PRODUCTS INC | 10.00 | 10.00 | 0.00 | 0.00 |
| 007 | COMED CO | 676.67 | 676.67 | 0.00 | 0.00 |
| 012 | GALLATIN RIVER COMMUNICATIONS | 241.17 | 241.17 | 0.00 | 0.00 |
| 013 | KSB HOSPITAL | 550.00 | 550.00 | 0.00 | 0.00 |
| 015 | MT. MORRIS SAVINGS & LOAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | NICOR GAS | 200.00 | 200.00 | 0.00 | 0.00 |
| 020 | ALLIANCE COUNSELING SERVICES | 400.00 | 400.00 | 0.00 | 0.00 |
| 022 | RRCA ACCOUNTS MANAGEMENT | 1,830.87 | 1,830.87 | 0.00 | 0.00 |
|     | Total Unsecured | 7,008.71 | 7,008.71 | 0.00 | 0.00 |
|     | Grand Total: | 11,567.08 | 10,702.64 | 1,117.01 | 0.00 |

Total Paid Claimant:    $1,117.01
Trustee Allowance:      $82.99             Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:  0.00      discharging the trustee and the trustee's surety from any and all
                                   liablility on account of the within proceedings, and closing the estate,
                                   and for such other relief as is just.  Pursuant to FRBP, I hereby
                                   certify that the subject case has been fully administered.

Report Dated:

                                          /s/ Lydia S. Meyer
                                   Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 02/26/2009         By  /s/Heather M. Fagan